Railroad Co. v. Theden.

No. 22,095.

THE UNION PACIFIC RAILROAD COMPANY, *Appellee*, v. HERMAN THEDEN and ANNA THEDEN, *Appellants*.

Appeal from Wyandotte district court, division No. 3; WILLIAM H. McCAMISH, judge. Opinion on rehearing filed January 10, 1920. (For original opinion of affirmance see 104 Kan. 289, 178 Pac. 441.)

*L. W. Keplinger*, and *C. W. Trickett*, both of Kansas City, for the appellants.

*R. W. Blair*, *T. M. Lillard*, *O. B. Eidson*, all of Topeka, and *A. L. Berger*, of Kansas City, for the appellee.

*Per Curiam:* Upon the grounds indicated in the opinion filed February 8, 1919 (*Railroad Co. v. Theden*, 104 Kan. 289, 178 Pac. 441), the original decision of this court there rendered is adhered to, and the judgment of the district court is affirmed.